# TIFFANY & BOSCO
### P.A.

**SEVENTH FLOOR CAMELBACK ESPLANADE II**
**2525 E. CAMELBACK ROAD**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
ljm@tblaw.com
Attorneys for Secured Creditor

18-02467

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 4:18-bk-04929-BMW |
| Freddie H. Aragon and Marcia Y. Aragon | Chapter 13 |
| Debtors. | OBJECTION TO CHAPTER 13 PLAN |
| Wells Fargo Bank, N.A. | |
| Secured Creditor, vs. | |
| Freddie H. Aragon and Marcia Y. Aragon, Debtors; Dianne C. Kerns, Trustee. | |
| Respondents. | |

Wells Fargo Bank, N.A., a secured creditor, by its attorneys, TIFFANY & BOSCO, P.A., hereby objects to the proposed Chapter 13 Plan filed by the Debtor for the following reason:

1. The Chapter 13 Plan does not adequately provide for repayment of arrearages owed to Wells Fargo Bank, N.A. in the approximate amount of $27,156.39. Wells Fargo Bank, N.A. is in the

process of filing a Proof of Claim. Wells Fargo Bank, N.A. requests that the arrearages be paid through the Plan.

WHEREFORE, Secured Creditor prays as follows:

    (1) That the Chapter 13 Plan be denied.

    (2) For such other relief as this Court deems proper.

DATED this 13th day of June, 2018.

                        Respectfully submitted,
                        TIFFANY & BOSCO, P.A.

                        BY  /s/ LJM #014228
                              Mark S. Bosco
                              Leonard J. McDonald
                              Attorneys for Secured Creditor

COPY of the foregoing mailed
June 13, 2018 to:

Freddie H. Aragon and Marcia Y. Aragon
6992 W Tacna Dr.
Tucson, AZ 85743
Debtors

Charles R. Hyde
2810 N Swan Rd. #160
Tucson, AZ 85712
Attorney for Debtors

Dianne C. Kerns
7320 N. La Cholla
#154 PMB 413
Tucson, AZ 85741-2305
Trustee

Arizona Department of Revenue
2005 N Central Ave. Suite 100
Phoenix, AZ 85004

Internal Revenue Service
4041 N. Central Ave. Suite 112
Phoenix, AZ 85012

By: Julie Bush