Dianne Crandell Kerns, Trustee
Office of the Chapter 13 Trustee
Mailing Address:
31 North 6th Avenue, Suite105-152
Tucson, AZ 85701
TELEPHONE 520.544.9094
FACSIMILE 520.544.7894
MAIL@DCKTRUSTEE.COM

# United States Bankruptcy Court

## District Of Arizona

In re: )
)
FREDDIE H. ARAGON ) Case No. 4:18-bk-4929-BMW
)
MARCIA Y. ARAGON )
)
                       Debtors ) Chapter 13
)
Last four digits of Social Security No(s).: 2850 )
                                       2870 )
_____)

*Notice of Return of*
*Proposed Stipulated Order on Confirmation (SOC)*
*Notice of Motion to Dismiss*
*And*
*Notice of Intent to Upload Order Dismissing Case*

Dianne C. Kerns, Trustee for the above-captioned estate, hereby gives notice that the

*Order Confirming Chapter 13 Plan* has been reviewed by the Trustee and is being returned to

Debtor's counsel for the following reasons:

1. The Trustee objects to confirmation because the plan base in the Stipulated Order Confirming differs from the plan. The plan base in the 2nd amended plan is $188830.16 however the plan base was lowered to $185683.66 in the Stipulated Order Confirming. This objection may be resolved by increasing the plan base in the Stipulated Order Confirming to match the plan base in the 2nd amended plan or amend the plan to the lower amount. This allows creditors the opportunity to object.

The Trustee reserves the right to raise any further objections that may become apparent at a later date. The Trustee further gives notice that the debtor is required to resolve the above issues, resubmit the Order Confirming Plan to the Trustee and file a Notice with the Court stating the issues have been resolved.

This Notice will serve as the Trustee's Motion to Dismiss the case in the event the above issues are not resolved within 30 days from the date of this Notice.

Pursuant to L.R.B.P. 2084-10(b), the Debtor has 30 days to comply with the Trustee's requests, or the Trustee will upload and serve a proposed dismissal order stating the Debtor has failed to comply with the Trustee's request. If the Debtor is unable to comply with the requirements within 30 days, an extension of time should be requested from the Bankruptcy Court stating the reasons for the delay.

Dated this 18th day of July, 2019.

                              OFFICE OF THE CHAPTER 13 TRUSTEE
                              7320 N. La Cholla #154-413
                              Tucson, AZ 85741

                              By /s/ DCK 011557
                                  Dianne C. Kerns, Chapter 13 Trustee

A copy of the foregoing **NOTICE OF RETURN OF PROPOSED STIPULATED ORDER ON CONFIRMATION (SOC), NOTICE OF MOTION TO DISMISS AND NOTICE OF INTENT TO UPLOAD ORDER DISMISSING CASE**
was filed with the United States Bankruptcy Court and a copy transmitted via electronic or first class mail this 07/18/2019 to:

Freddie & Marcia Aragon
6992 W. Tacna Dr.
Tucson, AZ 85743
Debtors

Charles Hyde, Esq.
2810 N. Swan Rd #160
Tucson, AZ 85712
Attorney for Debtors