**Fill in this information to identify the case:**

Debtor 1: FREDDIE H ARAGON and MARCIA Y ARAGON

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: District of Arizona

Case number: 1804929

Official Form 410S1

# Notice of Mortgage Payment Change       12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Wells Fargo Bank, N.A.

**Court claim no.** (if known): 4

**Date of payment change:**
Must be at least 21 days after date of this notice: 02/01/2019

**New total payment:**
Principal, interest, and escrow, if any: $2186.43

**Last 4 digits** of any number you use to identify the debtor's account: 9 3 7 5

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   Current escrow payment: $ 359.70         New escrow payment: $ 391.55

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   Current interest rate: _____%         New interest rate: _____%

   Current principal and interest payment: $ _____         New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)
   Reason for change:

   Current mortgage payment: $ _____         New mortgage payment: $ _____

Official Form 410S1            Notice of Mortgage Payment Change            page 1

Debtor 1  FREDDIE H ARAGON and MARCIA Y ARAGON          Case number (*if known*) 1804929
         First Name  Middle Name  Last Name

## Part 4:  Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/Angela M. Mills Fowler          Date  12/21/2018
Signature

Print:  FOWLER, ANGELA M. MILLS          VP Loan Documentation
       First Name  Middle Name  Last Name          Title

Company  Wells Fargo Bank, N.A.

Address  MAC N9286-01Y
         Number       Street
         1000 Blue Gentian Road
         Address 2
         Eagan          MN     55121-7700
         City           State  ZIP Code

Contact phone  800-274-7025          NoticeOfPaymentChangeInquiries@wellsfargo.com
                                     Email

Official Form 410S1          **Notice of Mortgage Payment Change**          page **2**
Case 4:18-bk-04929-BMW    Doc    Filed 12/21/18    Entered 12/21/18 08:53:01    Desc
Main Document    Page 2 of 7

# UNITED STATES BANKRUPTCY COURT

District of Arizona

Chapter 13 No. 1804929
Judge: Brenda Moody Whinery

In re:
FREDDIE H ARAGON and MARCIA Y ARAGON
    Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served on or before December 24, 2018 via filing with the US Bankruptcy Court's CM ECF system and/or by mailing or providing a copy of this document to a vendor for mailing: By U.S. Postal Service First Class Main Postage Prepaid

Debtor:    By U.S. Postal Service First Class Mail Postage Prepaid

FREDDIE H ARAGON and MARCIA Y ARAGON
6992 W TACNA DR.

TUCSON AZ 85743

By U.S. Postal Service First Class Mail Postage Prepaid

N/A

Debtor's Attorney:    By U.S. Postal Service First Class Mail Postage Prepaid

CHARLES R HYDE
LAW OFFICES OF C.R. HYDE
2810 N SWAN RD. #160

TUCSON AZ 85712

By U.S. Postal Service First Class Mail Postage Prepaid

N/A

Trustee:    By U.S. Postal Service First Class Mail Postage Prepaid

DIANNE C. KERNS
Chapter 13 Trustee
7320 N. LA CHOLLA #154 PMB 413

TUCSON AZ 85741-2305

/s/Angela M. Mills Fowler

VP Loan Documentation

PERF



**Return Mail Operations**
PO Box 14547
Des Moines, IA 50306-4547

<span style="color:red">**Escrow Review Statement**</span>
*For informational purposes only*

| | |
|---|---|
| **Statement Date:** | December 10, 2018 |
| **Loan number:** | |
| **Property address:** | |
| | 6992 WEST TACNA DRIVE |
| | TUCSON AZ 85743-1422 |

FREDDIE ARAGON
MARCIA Y ARAGON
3138 N FREEWAY INDUSTRIAL LOOP
TUCSON AZ 85705-5001

<span style="color:red">**Customer Service**</span>

 **Online**
wellsfargo.com

**Telephone**
1-800-340-0473

**Correspondence**
PO Box 10335
Des Moines, IA 50306

 **Hours of operation**
Mon - Fri 7 a.m. - 7 p.m. CT

 **To learn more, go to:**
wellsfargo.com/escrow

We accept telecommunications relay service calls

*PLEASE NOTE: If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this statement is being sent to you for informational purposes only. The summaries below are based on the terms of the loan and are provided for informational purposes only.*

These amounts are governed by the terms of the loan unless otherwise reduced by an order of the bankruptcy court. Because the amounts billed for the escrow items can change over time, we review the escrow account at least once per year to ensure there will be enough money to make these payments. Once the review is complete, we send the escrow review statement, also known as the escrow account disclosure statement.

Here's what we found:

- **Required Minimum Balance:** The escrow account balance is projected to fall below the required minimum balance. This means there is a **shortage**.

- **Payments:** As of the **February 1, 2019** payment, the contractual portion of the escrow payment **increases**.

<div style="border:2px solid red; padding:10px; text-align:center;">
The escrow account has a shortage of
**$208.12**
</div>

## Part 1 - Mortgage payment

### Option 1 — Pay the shortage amount over 12 months

| | Previous payment through 01/01/2019 payment date | New payment beginning with the 02/01/2019 payment |
|---|---|---|
| **Principal and/or interest** | $1,794.88 | $1,794.88 |
| **Escrow payment** | $359.70 | $391.55 |
| **Total payment amount** | $2,154.58 | $2,186.43 |

**Option 1: No action required**

Starting **February 1, 2019** the new contractual payment amount will be **$2,186.43**

### Option 2 — Pay the shortage amount of $208.12

| | Previous payment through 01/01/2019 payment date | New payment beginning with the 02/01/2019 payment |
|---|---|---|
| **Principal and/or interest** | $1,794.88 | $1,794.88 |
| **Escrow payment** | $359.70 | $374.21 |
| **Total payment amount** | $2,154.58 | $2,169.09 |

**Option 2: Pay shortage in full**

Starting **February 1, 2019** the new contractual payment amount will be **$2,169.09**

See Page 2 for additional details.

Case 4:18-bk-04929-BMW    Doc    Filed 12/21/18    Entered 12/21/18 08:53:01    Desc
Main Document    Page 4 of 7

*Note: If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this coupon is being provided for informational purposes only. If your Chapter 13 plan calls for your Chapter 13 Trustee to make the on-going post-petition mortgage*

## Part 2 - Payment calculations

For the past review period, the amount of the escrow items was $3,002.25. For the coming year, we expect the amount paid from escrow to be $4,490.48.

### How was the escrow payment calculated?

To determine the escrow payment, we add the projected escrow items to be paid over the next 12 months. We base these projected amounts on any escrow items that may have been paid in the past and any future anticipated payments to be made. We then divide the amounts by 12 payments to determine the escrow amount.

The chart below includes any actual escrow disbursements as well as any shortage that may have been identified for the past three analysis periods up through the date of the analysis.

### Escrow comparison

|  | 02/17 - 01/18 (Actual) | 02/18 - 01/19 (Actual) | 06/18 - 12/18 (Actual) | 02/19 - 01/20 (Projected) |  | # of months |  | New monthly escrow amount |
|---|---|---|---|---|---|---|---|---|
| **Property taxes** | $2,847.88 | $2,952.54 | $1,488.23 | $2,976.46 | ÷ | 12 | = | $248.04 |
| **Property insurance** | $1,567.00 | $2,901.84 | $1,514.02 | $1,514.02 | ÷ | 12 | = | $126.17 |
| **Insurance refund** | -$1,229.00 | $0.00 | $0.00 | $0.00 | ÷ | 12 | = | $0.00 |
| **Total taxes and insurance** | $3,185.88 | $5,854.38 | $3,002.25 | $4,490.48 | ÷ | 12 | = | $374.21 |
| **Escrow shortage** | $0.00 | $0.00 | $0.00 | $208.12 | ÷ | 12 | = | $17.34** |
| **Total escrow** | $3,185.88 | $5,854.38 | $3,002.25 | $4,698.60 | ÷ | 12 | = | $391.55 |

**This amount is added to the payment if Option 1 on page 1 is selected.

### Projected escrow account activity over the next 12 months

To determine if there will be a shortage or overage in the account, we calculate whether the amount of the lowest projected escrow balance will be greater or less than the required minimum balance. This is determined by subtracting the required minimum balance from the lowest projected balance. If the outcome is positive, there is an overage. If it is negative, there is a shortage. The calculation is below:

| Lowest projected escrow balance  November, 2019 |   | $490.62 | (Calculated in Part 3 - Escrow account projections table) |
|---|---|---|---|
| Bankruptcy adjustment‡ | + | $49.68 | |
| Minimum balance for the escrow account† | - | $748.42 | (Calculated as: $374.21 X 2 months) |
| **Escrow shortage** | = | -$208.12 | |

‡This adjustment of $49.68, is the remaining amount of the pre-petition escrow shortage included in our proof of claim being paid through the confirmed bankruptcy plan.

†The minimum balance includes a cash reserve to help cover any increase in taxes and/or insurance. To calculate the cash reserve for the escrow account, we add the yearly escrow payments, and divide by 12. We take this amount and multiply it by 2 as allowed by state laws and/or the mortgage contract to determine the cash reserve.

## Part 3 - Escrow account projections

Escrow account projections from February, 2019 to January, 2020

| Date | Payments to escrow | What we expect to pay out | Description | Projected escrow balance | Balance required in the account |
|---|---|---|---|---|---|
| Jan 2019 | | | Starting balance | $1,239.00 | $1,496.80 |
| Feb 2019 | $374.21 | $0.00 | | $1,613.21 | $1,871.01 |
| Mar 2019 | $374.21 | $0.00 | | $1,987.42 | $2,245.22 |
| Apr 2019 | $374.21 | $1,488.23 | PIMA COUNTY (W) | $873.40 | $1,131.20 |
| May 2019 | $374.21 | $0.00 | | $1,247.61 | $1,505.41 |
| Jun 2019 | $374.21 | $0.00 | | $1,621.82 | $1,879.62 |
| Jul 2019 | $374.21 | $0.00 | | $1,996.03 | $2,253.83 |
| Aug 2019 | $374.21 | $0.00 | | $2,370.24 | $2,628.04 |
| Sep 2019 | $374.21 | $0.00 | | $2,744.45 | $3,002.25 |
| Oct 2019 | $374.21 | $1,488.23 | PIMA COUNTY (W) | $1,630.43 | $1,888.23 |
| Nov 2019 | $374.21 | $1,514.02 | AMERICAN FAMILY INS | **$490.62** | **$748.42** |
| Dec 2019 | $374.21 | $0.00 | | $864.83 | $1,122.63 |
| Jan 2020 | $374.21 | $0.00 | | $1,239.04 | $1,496.84 |
| Totals | $4,490.52 | $4,490.48 | | | |

## Part 4 - Escrow account history

Escrow account activity from June, 2018 to January, 2019

| Date | Deposits to escrow | | | Payments from escrow | | | Description | Escrow balance | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Actual | Projected | Difference | Actual | Projected | Difference | | Actual | Projected | Difference |
| Jun 2018 | | | | | | | Starting Balance | -$2,210.81 | $1,413.33 | -$3,624.14 |
| Jun 2018 | $0.00 | $359.70 | -$359.70 | $0.00 | $0.00 | $0.00 | | -$2,210.81 | $1,773.03 | -$3,983.84 |
| Jul 2018 | $0.00 | $359.70 | -$359.70 | $0.00 | $0.00 | $0.00 | | -$2,210.81 | $2,132.73 | -$4,343.54 |
| Aug 2018 | $371.18 | $359.70 | $11.48 | $0.00 | $0.00 | $0.00 | | -$1,839.63 | $2,492.43 | -$4,332.06 |
| Sep 2018 | $371.18 | $359.70 | $11.48 | $0.00 | $0.00 | $0.00 | | -$1,468.45 | $2,852.13 | -$4,320.58 |
| Oct 2018 | $371.18 | $359.70 | $11.48 | $1,488.23 | $1,464.31 | $23.92 | PIMA COUNTY (W) | -$2,585.50 | $1,747.52 | -$4,333.02 |
| Oct 2018 | $0.00 | $0.00 | $0.00 | $1,514.02 | $0.00 | $1,514.02 | AMERICAN FAMILY INS | -$4,099.52 | $1,747.52 | -$5,847.04 |
| Nov 2018 | $371.18 | $359.70 | $11.48 | $0.00 | $1,387.82 | -$1,387.82 | AMERICAN FAMILY INS | -$3,728.34 | $719.40 | -$4,447.74 |
| Dec 2018 (estimate) | $4,607.64 | $359.70 | $4,247.94 | $0.00 | $0.00 | $0.00 | | $879.30 | $1,079.10 | -$199.80 |
| Jan 2019 (estimate) | $359.70 | $359.70 | $0.00 | $0.00 | $0.00 | $0.00 | | $1,239.00 | $1,438.80 | -$199.80 |
| Totals | $6,452.06 | $2,877.60 | $3,574.46 | $3,002.25 | $2,852.13 | $150.12 | | | | |